*Sidney Marks, Harold Dublirer* and *Leon Berg* for appellant.

*Charles P. Sullivan, District Attorney* (*Mordecai Konowitz* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and LOUGHRAN, JJ. LEHMAN and FINCH, JJ., dissent and vote for reversal and dismissal of charge. Not sitting: CROUCH, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* THOMAS LORIA and MARY LORIA, Appellants.

(Argued October 14, 1935; decided November 19, 1935.)

515

*Roy H. Ernest* for appellants.

*Raymond A. Knowles, District Attorney* (*Harry L. Gilrie* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. CRANE, Ch. J., and LEHMAN, J., dissent and vote for reversal. Not sitting: CROUCH, J.